**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL FIERROS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>COLT BUILDERS CORP., a Nevada Corporation, and DOES 1-10, INCLUSIVE,<br><br>            Defendant. | Case No. **2:22-cv-01581-JAM-AC**<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br><br><br>Removed:   September 8, 2022<br>Date Filed:  July 14, 2022 |

The Court has reviewed the Parties' Joint Stipulation To Remand Action To State Court.

Good cause appearing therefore, it is hereby ordered that the Parties' Joint Stipulation is granted:

1. This matter is remanded back to the in the Superior Court of the State of California, County of Stanislaus; and
2. All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

DATED: November 20, 2022    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE